**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES B. GRIMES, ) | Case No. CV 14-5336-KK |
| Plaintiff, ) | |
| v. ) | JUDGMENT |
| CAROLYN W. COLVIN, Acting ) Commissioner of Social Security, ) | |
| Defendant. ) | |

Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED.

Dated: May 15, 2015

_____
Hon. Kenly Kiya Kato
United States Magistrate Judge